The People of the State of New York, Respondent,
against
Delores Graham, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Alexander M. Tisch, J., at plea; Tamiko A. Amaker, J., at sentencing), rendered May 24, 2013, convicting her, upon her plea of guilty, of petit larceny and imposing sentence. Per Curiam.




Judgment of conviction (Alexander M. Tisch, J., at plea; Tamiko A. Amaker, J., at sentencing), rendered May 24, 2013, affirmed.
The renewed application by appellant's counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel in accordance with our prior order and, upon an independent review of the record, agree that there is no valid appealable issue which could be
raised on appeal. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: December 17, 2019